ORIGINAL



FILED

05/15/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0589

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 19-0589

STATE OF MONTANA

Plaintiff and Appellee,

v.

CLARENCE REDMOND LOGUE JR.,

Defendant and Appellant.

FILED

MAY 15 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Clarence Redmond Logue Jr. represents himself in this appeal and has filed a "Motion for Admission of Relevant Facts of Evidence That Make a Showing of Probable Cause for Case No: DC-17-339B Supporting Appellant[']s Pro-Se Motion to Withdraw Guilty Plea That Was Denied by District Court." The State has not filed a response.

Logue challenges his 2017 arrest warrant and contends that the Flathead County District Court lacked probable cause. Logue presents his history and factual circumstances concerning his state of mind at the time of the offense. He requests that his arguments and facts now be admitted as part of his opening brief. We observe that Logue filed his opening brief on December 17, 2019.

Logue's instant motion is untimely and inappropriate for consideration. More than two years have passed to raise any issue concerning an arrest and such issue should be considered in District Court. Logue appeals an August 19, 2019 Order and Rationale on Pending Motions, denying Logue's motions for new trial and revocation hearing and for dismissal of his criminal case. The Order was issued a month before Logue filed a motion to withdraw guilty plea in the District Court. As an appellate court, this Court does not take evidence or make factual findings. This Court reviews the record which in this case is "the original papers and exhibits filed in the district court[.]" M. R. App. P. 8(1). Therefore,

IT IS ORDERED that Logue's Motion for Admission of Relevant Facts of Evidence That Make a Showing of Probable Cause for Case No: DC-17-339B Supporting Appellants Pro-Se Motion to Withdraw Guilty Plea That Was Denied by District Court is DENIED.

The Clerk is directed to provide a copy of this Order to counsel of record and to Clarence Redmond Logue Jr. personally.

DATED this 15th day of May, 2020.

For the Court,

By _____
Chief Justice